IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY A. REINHOLD | : | |
| | : | Civil Action No. 4:CV-07-1997 |
| Petitioner, | : | |
| | : | |
| v. | : | (Judge McClure) |
| | : | |
| GERALD ROZUM, et al., | : | |
| | : | (Magistrate Judge Blewitt) |
| Respondents. | : | |

**O R D E R**

November 30, 2007

On November 1, 2007, petitioner Harvey A. Reinhold, an inmate at the State Correction Institution at Somerset, Pennsylvania, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 1994 state conviction in the Lancaster County Court of Common Pleas for kidnapping, simple assault, prohibited offensive weapon, and indecent assault.

The matter was initially referred to United States Magistrate Judge Thomas M. Blewitt. On November 6, 2007, the magistrate judge issued a five-page report recommending that the case be transferred to the United States District Court for the Eastern District of Pennsylvania. (Rec. Doc. No. 3.) Because we agree with the magistrate judge's sound reasoning and thorough analysis that it will be in the interests of justice to transfer the petition to the Eastern District of Pennsylvania,

and because no objections have been filed in response to the report, we will order that the case be transferred to the United States District Court for the Eastern District of Pennsylvania.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is adopted in full. (Rec. Doc. No. 3.)

2. The case is transferred to the United States District Court for the Eastern District of Pennsylvania.

3. The clerk is directed to close the case file.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge